AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
$1,240,254.21 ON DEPOSIT AT HANCOCK ) Case No. 19-12847
WHITNEY BANK IN ACCOUNT NUMBER )
110119387 )

**WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE**

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____SOUTHERN_____ District of _____MISSISSIPPI_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

$1,240,254.21 ON DEPOSIT AT HANCOCK WHITNEY BANK IN ACCOUNT NUMBER 110119387 HELD IN THE NAME OF LAZARUS SERVICES LLC.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before October 11, 2019
(not to exceed 14 days)

☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to _____ON DUTY_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days (not to exceed 30)  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 9/27/19 at 3:45pm          _____Dana M. Douglas_____
                                                  *Judge's signature*

City and state: New Orleans, Louisiana           Hon. Dana M. Douglas, U.S. Magistrate Judge
                                                  *Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 19-12847 | Date and time warrant executed: 10/1/19 | Copy of warrant and inventory left with: Lazarus Services |
| Inventory made in the presence of: Kelly Bernardo | | |
| Inventory of the property taken: See attached cashier's check | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/22/2019

Sworn to and subscribed before me this 22nd day of November, 2019.

Janis van Meerveld, U.S. Magistrate Judge

Executing officer's signature

Matthew Smith, Special Agent
*Printed name and title*



**HWC FINANCIAL CENTER**

**CASHIER'S CHECK**

105400993

October 01, 2019

PAY TO THE ORDER OF: U.S. MARSHAL'S SERVICE

$ 1,240,254.21

***One Million Two Hundred Forty Thousand Two Hundred Fifty Four Dollars and 21/100***

LAZARUS SERVICES LLC
REMITTER

ADDRESS

BY AUTHORIZED SIGNATURE

**NON NEGOTIABLE**
**CUSTOMER COPY**

⑈105400993⑈ ⑆065400153⑆ 2070201054⑈